# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

January 26, 2015

**VIA ECF ONLY**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

> Re: *Lehman Brothers Holding Inc. v. LHM Financial Corporation*
> Case No. 15-cv-00300

Dear Judge Woods:

We represent Lehman Brothers Holding Inc. ("LBHI") in the above-referenced action. LHM Financial Corporation ("LHM") filed a motion to withdraw the reference (the "Withdrawal Motion") with the Clerk of the Bankruptcy Court on January 12, 2015. On the same day, LHM filed a motion to dismiss the matter in the Bankruptcy Court (the "Motion to Dismiss").

We write advise the Court of developments following our January 22, 2015 letter regarding scheduling. We have been advised by the Bankruptcy Court that the hearing on the Motion to Dismiss in this case and the substantially identical dismissal motion in another adversary proceeding, *LBHI v. Hometrust Mortgage Co.*, have been re-set for February 17, 2015, because of the Bankruptcy Court's own scheduling conflicts. Thus, it would appear that the primary basis for LHM's expedited schedule request for its Withdrawal Motion has been mooted.

Respectfully submitted,

s/ James N. Lawlor

James N. Lawlor

JNL/gp
cc:   Derek Wright, Esq. (via email)