WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | |
| Debtors. | |
| LEHMAN BROTHERS HOLDINGS INC., | 15-cv-00300 (GHW) |
| Plaintiff, | |
| -against- | |
| LHM FINANCIAL CORPORATION, | |
| Defendant. | |

**CERTIFICATION OF SERVICE**

I, Fletcher W. Strong, of full age, hereby certify as follows:

1.   I am associated with the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, attorneys for Plaintiff Lehman Brothers Holdings Inc.

2.      On February 6, 2015, I caused true and correct copies of the (i) Memorandum of Law of Plaintiff Lehman Brothers Holdings Inc. in Opposition to the Motion of LHM Financial Corporation to Withdraw the Reference, dated February 6, 2015; and (ii) Declaration of James N. Lawlor in Support of Opposition of Lehman Brothers Holdings Inc. to the Motion of LHM Financial Corporation to Withdraw the Reference, dated February 6, 2015 with accompanying Exhibits A through L, to be served upon the following parties via ECF FILING, ELECTRONIC MAIL and FEDERAL EXPRESS:

Richard J. Bernard
Derek L. Wright
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016
Email: dlwright@foley.com
Email: rbernard@foley.com

Evans D. Prieston
American Mortgage Law Group
75 Rowland Way, Suite 350
Novato, California 94945
Email: eprieston@americanmlg.com

I certify that the foregoing statements are true to the best of my knowledge. I am aware that if any of the foregoing statements be willfully false, I am subject to punishment.

Dated: February 6, 2015

_____
Fletcher W. Strong