# Wollmuth Maher & Deutsch LLP

500 Fifth Avenue

New York, New York 10110

Telephone (212) 382-3300
Facsimile (212) 382-0050

February 13, 2015

**VIA ECF ONLY**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court for the
   Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

> Re: *Lehman Brothers Holding Inc. v. LHM Financial Corporation*
>     Case No. 15-cv-00300 (GHW)

Dear Judge Woods:

    We represent Lehman Brothers Holding Inc. ("LBHI") in the above-referenced action. LHM Financial Corporation ("LHM") filed a motion to withdraw the reference (the "Withdrawal Motion") with the Clerk of the Bankruptcy Court on January 12, 2015, which has been opposed by LBHI, has been fully briefed and remains *sub judice*.

    We write to advise the Court of relevant developments since the completion of briefing on the Withdrawal Motion. As Your Honor may recall, there was a similar motion to withdraw the reference in the matter of *Lehman Bros. Holdings Inc. v. Hometrust Mort. Co.*, Case No. 15-cv-0304 (PAE) (the "Hometrust Motion"), pending before District Judge Paul. A. Engelmayer. Earlier today, Judge Engelmayer denied the Hometrust Motion. Attached for the Court's convenience is a courtesy copy of Judge Engelmayer's Order.

Respectfully submitted,

s/ James N. Lawlor

James N. Lawlor

JNL/gp
Enclosure
cc:    Derek Wright, Esq. (via email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                :

LEHMAN BROTHERS HOLDINGS, INC.,     :

                      Plaintiff,     :

          -v-                        :

HOMETRUST MORTGAGE CO.,          :

                      Defendant.     :

-----------------------------------------------------------------------X

15 Civ. 304 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received defendant Hometrust Mortgage Co.'s ("Hometrust") motion to withdraw the bankruptcy reference, Dkt 1, plaintiff Lehman Brothers Holdings, Inc.'s ("LBHI") opposition, Dkt. 8–9, and Hometrust's reply, Dkt. 11.

    The Court is mindful that the Bankruptcy Court has scheduled a hearing for February 17, 2015 to address Hometrust's pending motion to dismiss LBHI's Complaint, and that Hometrust, reasonably, has requested that this Court either stay the Bankruptcy Court proceedings or promptly resolve the motion to withdraw the reference. *See* Dkt. 3. The Court has therefore reviewed the parties' submissions so as to reach a decision in advance of the upcoming Bankruptcy Court hearing.

    The Court's considered decision is to deny the motion to withdraw the reference at this stage of the Bankruptcy Court proceedings. The Court will issue a written opinion in due course that explains the reasons for this decision. Hometrust's motion to withdraw the bankruptcy reference is hereby denied, and its motion to stay the Bankruptcy Court proceeding is therefore denied as moot.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: February 13, 2015
New York, New York