USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/19/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :

LEHMAN BROTHERS HOLDING, INC.,   :

                                         Plaintiff,   :

                                                     :          1:15-cv-300-GHW

                  -against-               :

                                                     :              <u>ORDER</u>

LHM FINANCIAL CORPORATION,      :

                                       Defendant. :

------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On January 15, 2015. defendant LHM Financial Corporation filed a motion, pursuant to 28 U.S.C. § 157(d), to withdraw the reference of adversary proceeding No. 14-02393 (SCC) currently pending in the United States Bankruptcy Court for the Southern District of New York.  Dkt. No. 1. After consideration of defendant's motion, plaintiff Lehman Brothers Holding, Inc.'s opposition filed on February 6, 2015 (Dkt. Nos. 8-9), and defendant's reply filed on February 10, 2015 (Dkt. No. 11), the Court DENIES defendant's motion to withdraw the bankruptcy reference.  An opinion stating the reasons for this denial will follow in due course.

       SO ORDERED.

Dated: February 19, 2015
       New York, New York

                                                           _____
                                                              GREGORY H. WOODS
                                                            United States District Judge