```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEHMAN BROTHERS HOLDING, INC.,
                              Plaintiff,

                        15 **CIVIL** 300 (GHW)

           -against-

                        **JUDGMENT**

LHM FINANCIAL CORPORATION ,
                              Defendant.
-----------------------------------------------------------X

        On January 15, 2015, defendant LHM Financial Corporation having moved pursuant to 28 U.S.C. § 157(d), to withdraw the reference of adversary proceeding No. 14-02393 (SCC) currently pending before the United States Bankruptcy Court for the Southern District of New York; on February 19, 2015, the Court having issued an Order denying LHM's motion and explaining that an opinion stating the reasons for denial would follow in due course, and the matter having come before the Honorable Gregory H. Woods, United States District Judge, and the Court, on May 12, 2015, having rendered its Opinion and Order denying LHM's motion to withdraw the reference without prejudice for renewal, and directing the Clerk of Court to close this case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 12, 2015, LMH's motion to withdraw the reference is denied without prejudice for renewal, accordingly, the case is closed.

**Dated:**  New York, New York
          May 14, 2015

                                                    **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                         BY:
                                                           **Deputy Clerk**

                                             **THIS DOCUMENT WAS ENTERED**
                                             **ON THE DOCKET ON** _____